# Exhibit A

## Retail Installment Sales Contract
## Dated 9/30/06

Nonnegotiable consumer note (R.I. Gen. Laws 6-27-5)

Signed at: EAST PROVIDENCE on SEPTEMBER 20__ between the undersigned Seller ("us," "we," or "our"), and Buyer(s) ("you" or "your").

We, the undersigned Seller, sell and you, the undersigned Buyer(s), buy the motor vehicle described below, together with all its equipment and accessories, on the terms stated on the front and back of this Agreement. You, jointly and severally if more than one, promise to pay us at the credit union to whom we assign this Agreement (the "Credit Union") the Amount Financed stated below together with interest upon the balance of the Amount Financed which may be outstanding from time to time at the Annual Percentage Rate stated below in the monthly installments stated below until paid in full. All payments will be applied first to interest accrued to the date upon which such payments are made, second to late fees, and the remainder to the principal outstanding.

To secure payment and performance of your obligations under this Agreement, you grant us a security interest in the motor vehicle together with all accessions and other additions added to the motor vehicle within ten (10) days of this Agreement and their proceeds, including insurance proceeds (all of which we refer to as "Motor Vehicle"). You agree that if the Credit Union becomes the holder of this Agreement, it will have the right of setoff, which is its right to transfer any of your funds or shares held by it in order to reduce or extinguish this or any other of your indebtedness to it, as permitted by law.

You agree that you will pay all costs of collection, including reasonable attorney's fees.

| NEW | USED | MODEL YEAR | MAKE AND MODEL | BODY TYPE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|
| | XX | 2002 | MERCEDES C230 | 2 DOOR COUPE | WDBRN47J02A197185 |

EQUIPPED WITH ITEMS CHECKED: RADIO | STEREO | AUTO TRANS. | STD. TRANS. | POWER STEERING | POWER BRAKES | POWER WINDOWS | POWER SEATS | AIR COND. | WHEEL COVERS | TINTED GLASS | VINYL ROOF/TRIM | UNDER COATING

DESCRIPTION OF SPECIAL EQUIPMENT

Unless checked here ☐, the Motor Vehicle is purchased for personal, family or household purposes XX

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 353.28 |
|---|---|---|---|---|
| 12.39 % | $ 9287.72 | $ 21619.72 | $ 30907.44 | $ 31260.72 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are due |
|---|---|---|
| 72 | $ 429.27 | On the 14th day of each month, beginning on 11/14/2006 |
| | $ N/A | |

**Security:** You are giving a security interest in the Motor Vehicle being purchased.
**Prepayment:** If you pay off early, you will not have to pay a penalty.
**Late Fee:** If any payment is received more than ten (10) days after it is due, you will be charged five percent (5%) of the payment amount.
**Other Terms:** Please read this Agreement, including the reverse side, for additional information on security interests, nonpayment, default, and our right to require repayment in full before the scheduled maturity date.

**ITEMIZATION OF AMOUNT FINANCED**

1. Cash Price (including any accessories and services) ........ $ 19300.00 (1)
2. Total Downpayment = Net Trade-in $ 353.28 + Cash Downpayment $ N/A
   Your Trade-in is a 2001 FORD TAURUS (Year / Make / Model) ........ $ 353.28 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ........ $ 18946.72 (3)
4. Amounts Paid to Others on Your Behalf (Other Charges).
   A. Cost of Optional Credit Insurance for the Term of this Contract Paid to:
   (Name of Insurance Company) N/A
   Credit Life Ins. $ N/A Disability, Accident & Health Ins. $ N/A $ N/A
   B. Cost of Optional Mechanical Repair Insurance Covering Certain Mechanical Repairs Paid to:
   (Name of Insurance Company) ........ $ 1599.00
   C. Cost of Single Interest Insurance for the term of this agreement ........ $ 60.00
   D. Sales Taxes Paid to Government Agencies ........ $ 465.00
   E. Certificate of Title Fees Paid to Government Agencies ........ $ 114.00
   F. Other Charges (Seller must identify who will receive payment and describe purpose)
   to GREENWOOD CREDIT UNION for SHARE ACCOUNT DEPOSIT $ 5.00
   G. Other Charges (Seller must identify who will receive payment and describe purpose)
   to EAST PROVIDENCE MITSUBISHI for DOC FEE $ 75.00
   H. Other Charges (Seller must identify who will receive payment and describe purpose)
   to ______ for GAP INSURANCE $ 355.00
   Total Amounts Paid to Others on Your Behalf (Other Charges) ........ $ 2673.00 (4)
5. Amount Financed (3 + 4) ........ $ 21619.72 (5)

**Insurance: You cannot be denied credit simply because you choose not to buy credit insurance. Credit-life insurance and credit-accident and -health insurance are not required to obtain credit. Insurance will not be provided unless you sign and agree to pay the additional charge. Please see #4A above for the cost of insurance.**

Buyer wants single credit-life insurance ______ Signature

Buyers want joint credit-life insurance ______ Buyer's Signature

Buyer wants credit-accident and -health insurance ______ Signature

______ Co-Buyer's Signature

You may obtain property insurance, including required vendor's single-interest insurance, from anyone you want that is acceptable to us. If you purchase the vendor's single-interest insurance from us, the cost is stated above in #4C.

LIABILITY-INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.

You agree that the Motor Vehicle will be kept (principally garaged) at the address of the Buyer below unless a different address is filled in as follows:

Number and street ______ City or town ______ State ______

**NOTICE TO THE BUYER: 1. Do not sign this contract if any of the spaces intended for the agreed terms to the extent of the then-available information are left blank. 2. You are entitled to an exact copy of the contract you have signed. 3. Under the law, you have the following rights, among others: (a) to pay off in advance the full amount due and to obtain a partial refund of the finance charge; (b) to redeem the property repossessed for default; and (c) to require, under certain conditions, a resale of the property if repossessed.**

You acknowledge that you have received an exact copy of this Agreement signed by us and completely filled in where applicable before you signed this Agreement. Signed and sealed as of the above date.

BUYER (Please print) LORRAINE T FITTS
Address 27 EAST ST
WHITINSVILLE MA 01588
Signature [illegible signature]

CO-BUYER (Please print) NICHOLAS FITTS
Address 27 EAST ST
WHITINSVILLE MA 01588
Signature [illegible signature]

SELLER EAST PROVIDENCE MITSUBISHI
By (please print)
Address 801-803 TAUNTON AVE
EAST PROVIDENCE RI 02914
Signature [illegible signature]

THE TERMS OF THIS AGREEMENT ARE CONTAINED ON BOTH SIDES OF THIS PAGE

White - Credit Union Yellow - Buyer Pink - Dealer

25-04-3P

Fitts v East Providence Mitsubishi

Complaint

**Exhibit A** (Reduced 78%)