UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NICHOLAS FITTS and<br>LORRAINE FITTS,<br>*Plaintiffs,*<br><br>vs.<br><br>KING RICHARD'S AUTO CENTER, INC.,<br>d/b/a East Providence Mitsubishi,<br>*Defendant.* | C.A. No. 07-147ML |

**DEFENDANT'S STATEMENT OF UNDISPUTED FACTS**

Pursuant to Local Rule 56(a), Defendant, King Richard's Auto Center, Inc., submits the following Statement of Undisputed Facts in support of its Motion for Summary Judgment. There is no genuine dispute as to the following material facts:

1. On or about October 3, 2006, Plaintiff, Nicholas Fitts, and his mother, Lorraine Fitts, purchased a used 2000 Mercedes Kompressor from Defendant. *See Plaintiff's Complaint, paragraph 8 and Memorandum of Law in Support of Defendant's Motion for Summary Judgment ("Defendant's Memorandum"), Exhibit B.*

2. The purchase by Plaintiffs of the 2000 Mercedes Kompresor included the trade-in of Plaintiff's 2001 Ford Taurus. *See Plaintiff's Complaint, paragraph 8 and Defendant's Memorandum, Exhibits A and B.*

3. Plaintiff's 2001 Ford Taurus was encumbered by a motor vehicle loan that exceeded its trade-in value thereby creating negative equity, so-called, in the Taurus. *See Plaintiff's Complaint, paragraph 17 and Defendant's Memorandum, Exhibits A and B.*

4. Defendant calculated this negative equity at $4,500.00. *Defendant's Memorandum, Exhibit A.*

5. Plaintiffs elected to finance the purchase of the 2000 Mercedes Kompressor and signed a Retail Installment – Sale Agreement and Security Agreement. *See Plaintiff's Complaint, paragraph 9 and Defendant's Memorandum, Exhibit B.*

Defendant,
By its attorney

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on December 19, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

John T. Longo, Esq.
jtlongo@yahoo.com

*/s/ Michael A. DeSisto*

Michael A. DeSisto