UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

NICHOLAS FITTS and LORRAINE FITTS,

Plaintiffs,

vs. CA 07 – 147 ML

KING RICHARD'S AUTO CENTER, INC,
d/b/a East Providence Mitsubishi,

Defendant.

---

**Plaintiffs' Statement of Undisputed Facts**
**In Support of Motion for Summary Judgment**

Now come the Plaintiffs, pursuant to Local Rule 56(a), and adopt the Defendant's Statement of Undisputed Facts as their own. (A copy of the Defendant's Statement is attached to this document.) The Plaintiffs further assert there is no genuine dispute as to the following material facts:

1. A true and accurate copy of the Retail Installment-Sale Agreement and Security Agreement at issue in this litigation was attached to both the Plaintiffs' and Defendant's Motions for Summary Judgment.

The Plaintiffs,
By Their Attorney,

/s/ John T. Longo

John T. Longo, Esq./#4928
681 Smith Street, Suite 201
Providence, RI 02908
(401) 272-2177
Fax (401) 537-9185
jtlongo@yahoo.com

**Certificate of Service**

I certify that on _1/7/08_ I electronically filed this document with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Michael A. DeSisto, Esq. michael@desistolaw.com
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

/s/ John T. Longo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NICHOLAS FITTS and
LORRAINE FITTS,
*Plaintiffs,*

vs. C.A. No. 07-147ML

KING RICHARD'S AUTO CENTER, INC.,
d/b/a East Providence Mitsubishi,
*Defendant.*

**DEFENDANT'S STATEMENT OF UNDISPUTED FACTS**

Pursuant to Local Rule 56(a), Defendant, King Richard's Auto Center, Inc., submits the following Statement of Undisputed Facts in support of its Motion for Summary Judgment. There is no genuine dispute as to the following material facts:

1. On or about October 3, 2006, Plaintiff, Nicholas Fitts, and his mother, Lorraine Fitts, purchased a used 2000 Mercedes Kompressor from Defendant. *See Plaintiff's Complaint, paragraph 8 and Memorandum of Law in Support of Defendant's Motion for Summary Judgment ("Defendant's Memorandum"), Exhibit B.*

2. The purchase by Plaintiffs of the 2000 Mercedes Kompresor included the trade-in of Plaintiff's 2001 Ford Taurus. *See Plaintiff's Complaint, paragraph 8 and Defendant's Memorandum, Exhibits A and B.*

3. Plaintiff's 2001 Ford Taurus was encumbered by a motor vehicle loan that exceeded its trade-in value thereby creating negative equity, so-called, in the Taurus. *See Plaintiff's Complaint, paragraph 17 and Defendant's Memorandum, Exhibits A and B.*

4. Defendant calculated this negative equity at $4,500.00. *Defendant's Memorandum, Exhibit A.*

5. Plaintiffs elected to finance the purchase of the 2000 Mercedes Kompressor and signed a Retail Installment – Sale Agreement and Security Agreement. *See Plaintiff's Complaint, paragraph 9 and Defendant's Memorandum, Exhibit B.*

Defendant,
By its attorney

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on December 19, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

John T. Longo, Esq.
jtlongo@yahoo.com

*/s/ Michael A. DeSisto*

Michael A. DeSisto