UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NICHOLAS FITTS and
LORRAINE FITTS,
*Plaintiffs,*

vs. C.A. No. 07-147ML

KING RICHARD'S AUTO CENTER. INC.,
d/b/a East Providence Mitsubishi,
*Defendant.*

**AFFIDAVIT**

I, Richard J. Palumbo, after having been first duly sworn, upon oath, depose and state as follows:

1. I am the President of King Richard's Auto Center, Inc., d/b/a East Providence Mitsubishi.

2. According to the Motor Vehicle Cash Purchase Agreement, the price of the Mercedes was $19,300. This price was calculated as follows: the anticipated balance due on the Taurus car loan of $10,000 plus $9,300 from the plaintiffs by cash or financing. *See copy of Motor Vehicle Cash Vehicle Agreement attached hereto as Exhibit A*. Adding the estimated payoff on the Taurus plus the $9,300 you arrive at the sale amount of the Mercedes of $19,300 for Plaintiffs.

3. The amount necessary to payoff the Taurus car loan was $9,646.72. *See copy of check #4047 to TD Bank North attached hereto as Exhibit B.* The payoff amount was $353.28 less than the anticipated payoff for the Taurus loan. This difference did not belong to the dealership but to Plaintiffs. So, the salesperson gave Plaintiffs a credit on the RISA of

$353.28 thereby lowering the total amount financed to $21,619.72.

Richard J. Palumbo

Subscribed and sworn to before me this 2nd day of June, 2008.

Notary Public

Notary Public