**EAST PROVIDENCE MITSUBISHI**
801-803 TAUNTON AVENUE
ROUTE 44
EAST PROVIDENCE, RI 02914
TELEPHONE (401) 434-7400
FAX NO. (401) 438-8960

**MOTOR VEHICLE CASH PURCHASE AGREEMENT**

0913

DATE 10-3-06 20 ORDER No. 1203. STOCK No. 1550A SALES REPRESENTATIVE Jimmy/Scott

PURCHASER'S NAME(S): Nicholas and Lorraine Fitts
ADDRESS: 27 East St.
CITY: Whitinsville STATE: MA ZIP CODE: 01580
TELEPHONE NUMBERS HOME: 508 234-3878 BUSINESS EXT.

QUANTITY [ 1 ] NEW ☐ USED ☒ FORMER USE (if applicable) DEMONSTRATOR ☐ FORMER LEASED CAR ☐ POLICE CAR ☐ TAXICAB ☐ ☐ FORMER DAILY RENTAL ☐

| Year | Make | Model | Body Type | Model No. | Odometer (SEE ATTACHED ODOMETER STATEMENT) | Cyl. | Pass. | Doors |
|---|---|---|---|---|---|---|---|---|
| 03 | Mercedes | Kompressor | Coupe | | 65,934 | 4 | 5 | 3 |

Vehicle Identification No.: WDBRN47J82A197185
Color 1st: Red 2nd 3rd
Interior 1st: Black 2nd 3rd
Expected Delivery Date: A.S.A.P.

**TRADE-IN** Year 2001 Make Ford
Model Taurus Type Sedan Color White
V.I.N. 1FAFP56S01G130502
Odometer 49,298 (mi. ☐/km. ☐)
I CERTIFY THIS ODOMETER READING TO BE CORRECT
X [signature]
SIGNATURE
Transmission ☐ Standard (Speeds) ☒ Auto
No. of Cyl. 6 Pass. 5 Doors 4
Title No. State

**LIENHOLDER** TD Bank North
Address 70 gray rd 3rd Fl
City/State/Zip Falmouth ME 04105
Acct. No. 865063443S Check No.
Balance Due $ 9623.62

Additional Information-Vehicle Purchased

**LIENHOLDER**
Address
City/State/Zip

**INSURANCE CO.** Encompass Ins
Agent/Branch Berry Ins
Address/City 27 Main St Franklin

REGISTRATION AND TITLE INFORMATION
DATE OF BIRTH 4 19 06 OPERATOR'S LICENSE NO. S88167040
SOC. SEC. NO. 038 - 60 - 9959
CITY/TOWN WHERE VEHICLE GARAGED Whitinsville
IS OWNER'S PRIVILEGE TO REGISTER OR OPERATE A VEHICLE SUSPENDED IN ANY STATE OR JURISDICTION? ☐ NO ☐ YES
TEMPORARY PLATES OR REGISTRATION NO. Transfer / 31YN15

NOTE: CUSTOMER IS RESPONSIBLE FOR APPLYING HIS INSURANCE TO VEHICLE WITH TEMPORARY PLATES. VEHICLES WITH TEMPORARY PLATES ARE NOT COVERED BY DEALER'S INSURANCE.

Policy #: 4425056
Effective Date:
Deductibles: Coll. ______ Comp. ______

Price of Unit $ 19300 -

Additional Equipment/Items

9300 -
1, trade & payoff + TP

NOTHING ELSE OWED
NOTHING ELSE PROMISED
X [signature]

DATE: 10/03/06

The title to this vehicle, (year), (make), (model), (vin), which I am trading in to EAST PROVIDENCE MITSUBISHI
☐ is branded a "SALVAGE" vehicle.
☒ is NOT branded a "SALVAGE" vehicle.

OWNER NAME: Nicholas A Fitts

OWNER SIGNATURE: [signature]

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of $ 0 may, at your option, be retained by you to compensate you in whole or in part for any losses sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

[ N.F ] Purchaser's Initials

IF THIS CONTRACT IS FOR A USED VEHICLE, THE INFORMATION YOU SEE ON THE (FEDERAL TRADE COMMISSION) WINDOW FORM IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

**TERMS OF WARRANTY**

☐ MANUFACTURER'S WARRANTY (See Other Side For Details)

☐ OTHER WARRANTY

☐ NO WARRANTY

THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE. [ N.F ] Purchaser's Initials

**ATTENTION PURCHASER:**
RHODE ISLAND LAW REQUIRES THAT ALL MOTOR VEHICLES SOLD AT RETAIL MUST BE IN SUCH CONDITION AS TO PASS A STATE SAFETY INSPECTION AT THE TIME OF SALE SO AS TO PROTECT CONSUMER.

THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE

X [signature] PURCHASER'S SIGNATURE
X Lorraine Fitts CO-PURCHASER'S SIGNATURE
X AUTHORIZED DEALER REPRESENTATIVE

"Both Buyer and Seller have examined the Title Certificate of this Motor Vehicle and it correctly reflects the mileage as it appears on the Odometer"

| | | |
|---|---|---|
| 1. TOTAL PRICE | $ | |
| 2. DOCUMENTARY PREPARATION FEE | $ 75 | 00 |
| 3. TITLE PREPARATION FEE | $ 20 | 00 |
| 4. OTHER | $ | |
| 5. TOTAL (Lines 1, 2, 3 & 4) | $ | |
| 6. CASH DEPOSIT | | |
| 7. A TRADE-IN ALLOWANCE | | |
| B. LESS BALANCE OWED TO: | | |
| C. NET TRADE-IN ALLOWANCE | | |
| **8. BALANCE DUE ON DELIVERY** | | |
| **9. BALANCE TO BE FINANCED** | | |