NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE

CHECK# 4047

**EAST PROVIDENCE MITSUBISHI**
803 TAUNTON AVENUE
EAST PROVIDENCE, RHODE ISLAND 02914

5-7515/110

PAY **NINE THOUSAND SIX HUNDRED FORTY SIX DOLLARS AND 72/100**

| DATE | AMOUNT |
|---|---|
| 10/06/06 | $9,646.72 |

TO THE ORDER OF **TD BANK NORTH**

**EAST PROVIDENCE MITSUBISHI**

AUTHORIZED SIGNATURE

**BANK OF AMERICA**

NON - NEGOTIABLE

| NAME | NUMBER | DATE |
|---|---|---|
| **TD BANK NORTH** | | **10/06/06** |

| ACCT# | AMOUNT | CTRL# | DESC |
|---|---|---|---|
| 2050 | 9646.72 | 1550B | PAYOFF/LORRAINE FITTS |

Reynolds and Reynolds ERAINTAPCE SF631579 Q (04/06)

REMITTANCE ADVICE
DETACH AND RETAIN

**EAST PROVIDENCE MITSUBISHI**
803 TAUNTON AVENUE
EAST PROVIDENCE, RHODE ISLAND 02914
(401) 434-7400

| CHECK NO. | NET AMOUNT | |
|---|---|---|
| 4047 | | $9,646.72 |