**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

NICHOLAS FITTS and LORRAINE FITTS,

Plaintiffs,

vs. CA 07 – 147 ML

KING RICHARD'S AUTO CENTER, INC,
d/b/a East Providence Mitsubishi,

Defendant.

---

Motion for Leave To Amend Complaint

and

Motion to Reopen Discovery

# Plaintiffs' Exhibits B, C and D

| | |
|---|---|
| Exhibit B | Retail Installment Sales Agreement (RISA) dated 9/30/06 |
| Exhibit C | Cash Purchase Agreement (CPA) dated 10/3/06 |
| Exhibit C | Defendant's Affidavit |

**Certificate of Service**

I certify that on _6/16/08_ I electronically filed this document with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Michael A. DeSisto, Esq. michael@desistolaw.com
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

/s/ John T. Longo

...ed Seller ("us," "we," or "our"), and Buyer(s) ("you" or "your"). EAST PROVIDENCE, RI on SEPTEMBER 30, 20 06 between

..., the undersigned Seller, sell and you, the undersigned Buyer(s), buy the motor vehicle described below, together with its equipment and ..., on the terms stated on the front and back of this Agreement. You, jointly and severally if more than one, promise to pay us at the credit ...(wh)om we assign this Agreement (the "Credit Union") the Amount Financed stated below together with interest upon the balance of the Amount ...which may be outstanding from time to time at the Annual Percentage Rate stated below in the monthly installments stated below until paid in ...payments will be applied first to interest accrued to the date upon which such payments are made, second to late fees, and the remainder to the ...al outstanding.

To secure payment and performance of your obligations under this Agreement, you grant us a security interest in the motor vehicle together ...all accessions and other additions added to the motor vehicle within ten (10) days of this Agreement and their proceeds, including insurance pro...eds (all of which we refer to as "Motor Vehicle"). You agree that if the Credit Union becomes the holder of this Agreement, it will have the right of ...etoff, which is its right to transfer any of your funds or shares held by it in order to reduce or extinguish this or any other of your indebtedness to it, as permitted by law.

You agree that you will pay all costs of collection, including reasonable attorney's fees.

| NEW | USED | MODEL YEAR | MAKE AND MODEL | BODY TYPE | VEHICLE-IDENTIFICATION NUMBER | Unless checked here ☐, the Motor Vehicle is purchased for personal, family or household purposes XX |
|---|---|---|---|---|---|---|
| | XX | 2002 | MERCEDES C230 | 2 DOOR COUPE | WDBRN47J82A197185 | |

| EQUIPPED WITH ITEMS CHECKED | RADIO | STEREO | AUTO TRANS. | STD. TRANS. | POWER STEERING | POWER BRAKES | POWER WINDOWS | POWER SEATS | AIR COND. | | WHEEL COVERS | TINTED GLASS | VINYL ROOF/TRIM | UNDER COATING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

DESCRIPTION OF SPECIAL EQUIPMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 353.28 |
|---|---|---|---|---|
| 12.39 % | $ 9287.72 | $ 21619.72 | $ 30907.44 | $ 31260.72 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are due |
|---|---|---|
| 72 | $ 429.27 | On the 14th day of each month, beginning on 11/14/2006 |
| | $ N/A | |

**Security:** You are giving a security interest in the Motor Vehicle being purchased.
**Prepayment:** If you pay off early, you will not have to pay a penalty.
**Late Fee:** If any payment is received more than ten (10) days after it is due, you will be charged five percent (5%) of the payment amount.
**Other Terms:** Please read this Agreement, including the reverse side, for additional information on security interests, nonpayment, default, and our right to require repayment in full before the scheduled maturity date.

**ITEMIZATION OF AMOUNT FINANCED**

1. Cash Price (including any accessories and services) . . . . . $ 19300.00 (1)
2. Total Downpayment = Net Trade-in $ 353.28 + Cash Downpayment $ N/A
   Your Trade-in is a 2001 FORD TAURUS (Year, Make, Model) . . . $ 353.28 (2)
3. Unpaid Balance of Cash Price (1 minus 2) . . . . . $ 18946.72 (3)
4. Amounts Paid to Others on Your Behalf (Other Charges).
   A. Cost of Optional Credit Insurance for the Term of this Contract Paid to:
   (Name of Insurance Company) N/A
   Credit Life Ins. $ N/A Disability, Accident & Health Ins. $ N/A $ N/A
   B. Cost of Optional Mechanical Repair Insurance Covering Certain Mechanical Repairs Paid to:
   (Name of Insurance Company) $ 1599.00
   C. Cost of Single Interest Insurance for the term of this agreement . . . . . $ 60.00
   D. Sales Taxes Paid to Government Agencies . . . . . $ 465.00
   E. Certificate of Title Fees Paid to Government Agencies . . . . . $ 114.00
   F. Other Charges (Seller must identify who will receive payment and describe purpose)
   to GREENWOOD CREDIT UNION for SHARE ACCOUNT DEPOSIT $ 5.00
   G. Other Charges (Seller must identify who will receive payment and describe purpose)
   to EAST PROVIDENCE MITSUBISHI for DOC FEE $ 75.00
   H. Other Charges (Seller must identify who will receive payment and describe purpose)
   to for GAP INSURANCE $ 355.00
   Total Amounts Paid to Others on Your Behalf (Other Charges) . . . . . $ 2673.00 (4)
5. Amount Financed (3 + 4) . . . . . $ 21619.72 (5)

Federal Box

**Insurance: You cannot be denied credit simply because you choose not to buy credit insurance. Credit-life insurance and credit-accident and -health insurance are not required to obtain credit. Insurance will not be provided unless you sign and agree to pay the additional charge. Please see #4A above for the cost of insurance.**

Buyer wants single credit-life insurance ______ Signature

Buyers want joint credit-life insurance ______ Buyer's Signature

Buyer wants credit-accident and -health insurance ______ Signature

______ Co-Buyer's Signature

You may obtain property insurance, including required vendor's single-interest insurance, from anyone you want that is acceptable to us. If you purchase the vendor's single-interest insurance from us, the cost is stated abovein #4C.

LIABILITY-INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.

You agree that the Motor Vehicle will be kept (principally garaged) at the address of the Buyer below unless a different address is filled in as follows:

Number and street ______ City or town ______ State ______

**NOTICE TO THE BUYER: 1. Do not sign this contract if any of the spaces intended for the agreed terms to the extent of the then-available information are left blank. 2. You are entitled to an exact copy of the contract you have signed. 3. Under the law, you have the following rights, among others: (a) to pay off in advance the full amount due and to obtain a partial refund of the finance charge; (b) to redeem the property repossessed for default; and (c) to require, under certain conditions, a resale of the property if repossessed.**

You acknowledge that you have received an exact copy of this Agreement signed by us and completely filled in where applicable before you signed this Agreement. Signed and sealed as of the above date.

BUYER (Please print) LORRAINE T FITTS
Address 27 EAST ST
WHITTINSVILLE MA 01588
Signature [signature]

SELLER EAST PROVIDENCE MITSUBISHI
By (please print)
Address 801-803 TAUNTON AVE
EAST PROVIDENCE RI 02914
Signature [signature]

CO-BUYER (Please print) NICHOLAS FITTS
Address 27 EAST ST
WHITTINSVILLE MA 01588
Signature [signature]

THE TERMS OF THIS AGREEMENT ARE CONTAINED ON BOTH SIDES OF THIS PAGE
White - Credit Union Yellow - Buyer Pink - Dealer

Plaintiff's Motions for Leave To Amend & Reopen Discovery
**Exhibit B**

Fitts v East Providence Mitsubishi

[redacted]

25-04-3P

TELEPHONE (401) 434-7400
FAX NO. (401) 438-8960

0913

DATE 10-3-06 20 ORDER No. 1203. STOCK No. 1550A SALES REPRESENTATIVE [signature]

PURCHASER'S NAME(S): Nicholas and Lorraine Fitts
ADDRESS: 27 East St.
CITY: Whitinsville STATE: MA ZIP CODE: 01588
TELEPHONE NUMBERS HOME: 508 234-5878 BUSINESS EXT.

QUANTITY [ 1 ] NEW ☐ USED ☒ FORMER USE (if applicable) DEMONSTRATOR ☐ FORMER LEASED CAR ☐ POLICE CAR ☐ TAXICAB ☐ FORMER DAILY RENTAL ☐

| Year | Make | Model | Body Type | Model No. | Odometer | Cyl. | Pass. | Doors |
|---|---|---|---|---|---|---|---|---|
| 02 | Mercedes | Kompressor | Coupe | | 65,934 (SEE ATTACHED ODOMETER STATEMENT) | 4 | 5 | 3 |

Vehicle Identification No.: WDBRN47J82A197185
Color 1st: Red 2nd 3rd
Interior 1st: Black 2nd 3rd
Expected Delivery Date: A.S.A.P.

**TRADE-IN** Year 2001 Make FORD
Model Taurus Type Sedan Color White
V.I.N. 1FAFP56S01G130502
Odometer 49,298 (mi. ☐/km. ☐)
I CERTIFY THIS ODOMETER READING TO BE CORRECT
X [signature]
SIGNATURE
Transmission ☐ Standard (Speeds) ______ ☑ Auto
No. of Cyl. 6 Pass. 5 Doors 4
Title No. State

**LIENHOLDER** TD Bank North
Address 70 grayrd 3rd Fl
City/State/Zip Falmouth ME 04105
Acct. No. 86506 34435 Check No.
Balance Due $ 9628.62

Additional Information-Vehicle Purchased

**LIENHOLDER**
Address
City/State/Zip

**INSURANCE CO.** Encompass Ins
Agent/Branch Berry Ins
Address/City 27 Main St Franklin

REGISTRATION AND TITLE INFORMATION
DATE OF BIRTH 4 19 06 OPERATOR'S LICENSE NO. S88167040
SOC. SEC NO. 038 - 60 - 9959
CITY/TOWN WHERE VEHICLE GARAGED Whitinsville
IS OWNER'S PRIVILEGE TO REGISTER OR OPERATE A VEHICLE SUSPENDED IN ANY STATE OR JURISDICTION? ☐ NO ☐ YES
TEMPORARY PLATES OR REGISTRATION NO. Transfer / 37YN15

NOTE: CUSTOMER IS RESPONSIBLE FOR APPLYING HIS INSURANCE TO VEHICLE WITH TEMPORARY PLATES. VEHICLES WITH TEMPORARY PLATES ARE NOT COVERED BY DEALER'S INSURANCE.

Policy #: 4425056
Effective Date:
Deductibles: Coll. ______ Comp. ______

Price of Unit $ 19300 –

Additional Equipment/Items

$9300 – + fee + tax + title

NOTHING ELSE OWED
NOTHING ELSE PROMISED
X [signature]

DATE: 10/03/06

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of $ 0 may, at your option, be retained by you to compensate you in whole or in part for any losses sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

[ N.F. ]
Purchaser's Initials

The title to this vehicle, (year), (make), (model), (vin), which I am trading in to EAST PROVIDENCE MITSUBISHI
☐ is branded a "SALVAGE" vehicle.
☑ is NOT branded a "SALVAGE" vehicle.

OWNER NAME: Nicholas A Fitts

OWNER SIGNATURE: [signature]

IF THIS CONTRACT IS FOR A USED VEHICLE, THE INFORMATION YOU SEE ON THE (FEDERAL TRADE COMMISSION) WINDOW FORM IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

**TERMS OF WARRANTY**

☐ MANUFACTURER'S WARRANTY (See Other Side For Details)

☐ OTHER WARRANTY

☐ NO WARRANTY

**THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE.** [ N.F. ] Purchaser's Initials

"Both Buyer and Seller have examined the Title Certificate of this Motor Vehicle and it correctly reflects the mileage as it appears on the Odometer"

| | | |
|---|---|---|
| 1. TOTAL PRICE | $ | |
| 2. DOCUMENTARY PREPARATION FEE | $ | 75 00 |
| 3. TITLE PREPARATION FEE | $ | 20 00 |
| 4. OTHER | $ | |
| 5. TOTAL (Lines 1, 2, 3 & 4) | $ | |
| 6. CASH DEPOSIT | | |
| 7. A TRADE-IN ALLOWANCE | | |
| B. LESS BALANCE OWED TO: | | |
| C. NET TRADE-IN ALLOWANCE | | |
| 8. BALANCE DUE ON DELIVERY | | |
| 9. BALANCE TO BE FINANCED | | |

**ATTENTION PURCHASER:**

RHODE ISLAND LAW REQUIRES THAT ALL MOTOR VEHICLES SOLD AT RETAIL MUST BE IN SUCH CONDITION AS TO PASS A STATE SAFETY INSPECTION AT THE TIME OF SALE SO AS TO PROTECT CONSUMER.

THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE

X [signature] PURCHASER'S SIGNATURE X Lorraine Fitts CO-PURCHASER'S SIGNATURE

X AUTHORIZED DEALER REPRESENTATIVE

Reynolds and Reynolds RO61223S O (08/98)

Plaintiff's Motions for Leave To Amend & Reopen Discovery

**Exhibit C**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NICHOLAS FITTS and
LORRAINE FITTS,
*Plaintiffs,*

vs. C.A. No. 07-147ML

KING RICHARD'S AUTO CENTER, INC.,
d/b/a East Providence Mitsubishi,
*Defendant.*

**AFFIDAVIT**

I, Richard J. Palumbo, after having been first duly sworn, upon oath, depose and state as follows:

1. I am the President of King Richard's Auto Center, Inc., d/b/a East Providence Mitsubishi.

2. According to the Motor Vehicle Cash Purchase Agreement, the price of the Mercedes was $19,300. This price was calculated as follows: the anticipated balance due on the Taurus car loan of $10,000 plus $9,300 from the plaintiffs by cash or financing. *See copy of Motor Vehicle Cash Vehicle Agreement attached hereto as Exhibit A.* Adding the estimated payoff on the Taurus plus the $9,300 you arrive at the sale amount of the Mercedes of $19,300 for Plaintiffs.

3. The amount necessary to payoff the Taurus car loan was $9,646.72. *See copy of check #4047 to TD Bank North attached hereto as Exhibit B.* The payoff amount was $353.28 less than the anticipated payoff for the Taurus loan. This difference did not belong to the dealership but to Plaintiffs. So, the salesperson gave Plaintiffs a credit on the RISA of

Plaintiff's Motions for Leave To Amend & Reopen Discovery
**Exhibit D**

$353.28 thereby lowering the total amount financed to $21,619.72.

Richard J. Palumbo

Subscribed and sworn to before me this 6th day of June, 2008.

Notary Public