**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

NICHOLAS FITTS and LORRAINE FITTS,

Plaintiffs,

vs. CA 07 – 147 ML

KING RICHARD'S AUTO CENTER, INC,
d/b/a East Providence Mitsubishi,

Defendant.

---

Plaintiffs' Notice of Related Proceedings

Now come the Plaintiffs, pursuant to Rule 9.1 of the Local Rules of Civil Procedure, and states the following proceedings are underway which spring from the automobile transaction that is at issue in this litigation.

| | |
|---|---|
| Proceeding | Nicholas Fitts and Lorraine Fitts v King Richard's Auto Center, Inc, and The Greenwood Credit Union CA # 08-4028 |
| Tribunal | Rhode Island Superior Court, Providence County |
| Claim | Breach of Warranty, Deceptive Trade Practices Act claim, Negligent Misrepresentation, Fraud, Breach of Contract, UCC Revocation of Acceptance, Breach of Duty of Good Faith. All claims relate to the physical condition of the automobile; not the financing. |
| Filed | June 17, 2008 |

| | |
|---|---|
| Proceeding | Complaint filed by Lorraine Fitts |
| Tribunal | Rhode Island Dealers' License & Regulation Office, Division of Motor Vehicles (The Office staffs the Rhode Island Dealers' Hearing Board. The Board is a regulatory body with authority to police and sanction car dealers.) |
| Claim | The Defendant sold them the Mercedes in a physical condition that violated Rhode Island law and the Office's rules and regulations. |
| Filed | On or about June 13, 2008 |

The Plaintiffs,
By Their Attorney,

/s/ John T. Longo

John T. Longo, Esq./#4928
681 Smith Street, Suite 201
Providence, RI 02908
(401) 272-2177
Fax (401) 537-9185
jtlongo@yahoo.com

**Certificate of Service**

I certify that on _6/17/08_ I electronically filed this document with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Michael A. DeSisto, Esq. michael@desistolaw.com
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

/s/ John T. Longo