**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

NICHOLAS FITTS and LORRAINE FITTS,

Plaintiffs,

vs. CA 07 – 147 ML

KING RICHARD'S AUTO CENTER, INC,
d/b/a East Providence Mitsubishi,

Defendant.

---

Plaintiffs' Motion for Leave To Amend Complaint

and

Plaintiffs' Motion to Reopen Discovery

Now come the Plaintiffs, in response to the Affidavit the defendant filed last week, and pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rule 15 of the Local Rules of Civil Procedure, and request permission to amend their complaint in this matter and to reopen discovery. In support of these motions, the Plaintiffs rely on the accompanying Memorandum which includes the proposed Amended Complaint.

Denied for the reasons set forth in Defendant's Opposition.
Mary M. Lisi
USDJ 7/9/08

The Plaintiffs,
By Their Attorney,

/s/ John T. Longo

John T. Longo, Esq./#4928
681 Smith Street, Suite 201
Providence, RI 02908
(401) 272-2177
Fax (401) 537-9185
jtlongo@yahoo.com

**Certificate of Service**

I certify that on _6/1608_ I electronically filed this document with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Michael A. DeSisto, Esq. michael@desistolaw.com
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

/s/ John T. Longo