UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

NICHOLAS FITTS and LORRAINE FITTS,

Plaintiffs,

vs. CA 07 – 147 ML

KING RICHARD'S AUTO CENTER, INC,
d/b/a East Providence Mitsubishi,

Defendant.

---

**Plaintiffs' Request To Withhold Ruling on Motions For Summary Judgment**

Now come the Plaintiffs and request the Court hold off on ruling on the pending Motions for Summary Judgment until it rules on the Plaintiffs' Motion To Amend and, if that motion is granted, until the Defendant has responded to the proposed Amended Complaint. In support of this request, the Plaintiffs state withholding a ruling on the motions would promote the efficient administration of just. They further rely on the accompanying Memorandum.

**Wherefore,** the Plaintiffs request a) the Court hold off on ruling on the pending Motions for Summary Judgment until it rules on the Plaintiffs' Motion To Amend and, if that motion is granted, until the Defendant has responded to the proposed Amended Complaint, and b) for such other relief as may be just and appropriate.

Denied.
Mary M. Lisi
USDJ 7/15/08

The Plaintiffs,
By Their Attorney,

/s/ John T. Longo

John T. Longo, Esq./#4928
681 Smith Street, Suite 201
Providence, RI 02908
(401) 272-2177

Fax (401) 537-9185
jtlongo@yahoo.com

**Certificate of Service**

I certify that on ___6/25/08__________ I electronically filed this document with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Michael A. DeSisto, Esq. michael@desistolaw.com
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

/s/ John T. Longo
______________________
John T. Longo, Esq./#4928