**United States District Court for the District of Rhode Island**

NICHOLAS FITTS and LORRAINE FITTS,

Plaintiffs,

vs. CA 07 – 147 ML

KING RICHARD'S AUTO CENTER, INC,
d/b/a East Providence Mitsubishi,

Defendant.

---

**Plaintiff Lorraine Fitts' Affidavit in Support of Motion for Summary Judgment**

I, Lorraine Fitts, under oath do depose and say:

1. If I realized the price of the Mercedes was being inflated by $10,000 to pay off the Taurus, and the dealer was going to keep the Taurus and give me no credit for it, I would not have agreed to buy the Mercedes. However, I relied on the Retail Installment Sales Agreement in this matter that obscured that fact, and the other things the dealer led me to believe about the Mercedes, and went through with the transaction.
2. Because of the inaccurate and misleading Retail Installment Sales Agreement that did not disclose that the price of the Mercedes was being inflated by $10,000 to pay off the Taurus, and the dealer was going to keep the Taurus and give me no credit for it, my actual damages in this case include the value of the Taurus the dealer kept, all the costs I incurred as a result of owning the Mercedes including insurance costs, towing fees, gas driving it to and from the dealership for repairs,

interest on the loan, the attorney fees of this lawsuit, and the mental pain and suffering arising from the transaction and all the stress it has caused.

3. Here is the background for this transaction:

4. In mid October 2006, my son Nick went to East Providence Mitsubishi (EPM) to look at their cars. He apparently met Jimmy and Scott. Nick decided to trade in his Ford Taurus for a Ford Focus.

5. I agreed to be the cosigner he needed and a few days later we went in and signed the papers.

6. A few days later one of the tires in the Focus blew out. When Nick tried to change the tire he was unable to because the rim was custom-made and needed a special key to remove the lug nuts. He had not been given the key when he got the car.

7. We told EPM and they said they would look for it. In the meantime, we had the Focus towed to a tire repair shop not too far away. That repair shop didn't have a key either and said it would take days to get one if they ordered it.

8. We called EPM again and they told us they would come and get the Focus and tow it to their location, get the wheels off somehow and replace them with factory rims. It would be ready in 1-2 days. Since Nick needed transportation for work, they offered a loaner.

9. When we went to pick up the Focus, the manager, Chris, approached Nick and apparently said something like 'How would you like to drive a Mercedes instead? It would be an even trade. They would just swap the paper work with the lender and the monthly payment would remain the same.'

10. Nick test drove the Mercedes and loved it.

11. Chris told us they had just gotten the Mercedes as a trade-in and they hadn't had

time to clean it yet. We were told they were going to cancel the sale on the Focus and redo all the paperwork and transfer the loan to the Mercedes.

12. A few days later we went in to sign the papers for the Mercedes and the loan payment had gone up about $60/month. Nick felt he could still afford it and he really wanted it.
13. EPM talked us into purchasing an extended warranty and we bought the Mercedes.
14. We immediately had mechanical problems with the Mercedes.
15. Within a few days, Nick brought the Mercedes back to be serviced and came home with a loaner.
16. After getting the Mercedes back, a few days later the emergency brake was not working properly so Nick brought it in again. We had more mechanical problems with the car and it flunked its Massachusetts inspection. The Mercedes was at EPM several times for a while and we eventually started asking if they could put Nick in another car with the same payments.
17. They said they could and they gave Nick an Acura and told him he would need to come back in a few days to sign the paperwork for it.
18. One week passed and we received no call. Nick called to see what was going on. "You're all set. You and your mom can come in and sign the papers." We made an appointment for 4:15 PM with Erin for the next day.
19. We drove up in the Acura. We figured we would sign the papers and then grab a bite to eat. As we sat there for 45 minutes waiting, I began to suspect that something was wrong. Finally Erin called us in to her office. As we were sitting down she said, something like "Well, Chris and I really shopped this loan around but there's no way that we can get it approved for the same payment. It's going to cost you

about $50 more/mo."

20. I was so shocked and appalled. We had been led to believe everything was settled and we were just coming in to sign the papers. I informed her there was no way Nick could pay another $50/mo and that Chris said he would do it for the same amount. She said something like "Well, we're trying to bury $6,000 here and the banks just won't do it. But the other thing we can do is put you in a brand new 2006 Lancer. You'll get the rebate, etc. and that will make your payment less."

21. Nick and I were extremely upset. Nick told Erin that he didn't even like the Lancers so why would he want to pay $400+ to drive something that he hates?

22. At this point, Erin walked out to speak to Chris in the showroom. I followed her and asked the two of them why no one had bothered to call Nick last week to tell him there was a problem. Erin stated that she had tried several times to call Nick and left a message on his cell phone. I told her that was a lie.

23. I asked why no one tried to contact me because my name is also on the loan. Chris said something like "We're not allowed to discuss finances over the phone. We could be fined a lot of money, up to $2,000." I told him all he had to say was that there was a problem and I would have been there the same day.

24. By this time Chris and Erin were shouting at me and I at them. I was also crying from frustration. We were in the showroom and customers were wondering what was going on. Nick had remained in Erin's office but when he heard them shouting at me, he came out. He got angry because they were yelling at his mother and he shouted "Why are you yelling at her?"

25. Chris and Erin left and we were stranded there. We couldn't take the Acura home and the Mercedes was still dead in EPM's garage and they refused to give Nick

another loaner.

26. About a half hour later I had no choice but to say we would keep the loan as is if they would fix the Mercedes. They agreed to put a new battery in it. We went home with yet another loaner.

27. We got the Mercedes back and about a week later it had more mechanical problems.

28. EPM came and got the car one more time after this lawsuit began. They were going to fix it.

29. They kept it for a while then delivered it to our house when we were not home and dropped the keys in the mail slot and left. No phone call. No paper work.

30. When Nick started the car, the emergency brake wouldn't work, the interior lights and sunroof didn't work.

Lorraine Fitts
Lorraine Fitts

Subscribed and sworn before me, this 21st day of July 2008, by Lorraine Fitts, in Whitinsville, MA.

Wendy D. Brown
Notary Public
My Commission Expires:

**WENDY D. BROWN**
**Notary Public**
***Commonwealth of Massachusetts***
**My Commission Expires August 10, 2012**