**United States District Court for the District of Rhode Island**

NICHOLAS FITTS and LORRAINE FITTS,

Plaintiffs,

vs. CA 07 – 147 ML

KING RICHARD'S AUTO CENTER, INC,
d/b/a East Providence Mitsubishi,

Defendant.

---

**Plaintiff Nicholas Fitts' Affidavit in Support of Motion for Summary Judgment**

I, Nicholas Fitts, under oath do depose and say:

1. If I realized the price of the Mercedes was being inflated by $10,000 to pay off the Taurus, and the dealer was going to keep the Taurus and give me no credit for it, I would not have agreed to buy the Mercedes. However, I relied on the Retail Installment Sales Agreement in this matter that obscured that fact, and the other things the dealer led me to believe about the Mercedes, and went through with the transaction.
2. I do not recall seeing, and I did not sign, the so-called negative equity disclosure form the dealer produced as part of this litigation.
3. Because of the inaccurate and misleading Retail Installment Sales Agreement that did not disclose that the price of the Mercedes was being inflated by $10,000 to pay off the Taurus, and the dealer was going to keep the Taurus and give me no credit for it, my actual damages in this case include the value of the Taurus the dealer kept, all the costs I incurred as a result of owning the Mercedes including

insurance costs, towing fees, gas driving it to and from the dealership for repairs, interest on the loan and the attorney fees of this lawsuit.

4. Here is the background for this transaction:
5. In mid October 2006, I went to East Providence Mitsubishi (EPM) to look at their cars. I met Jimmy and Scott. I decided to trade in my Ford Taurus for a Ford Focus.
6. My mother agreed to be the cosigner I needed and a few days later we went in and signed the papers.
7. A few days later one of the tires in the Focus blew out. I tried to change the tire but was unable to because the rim was custom-made and needed a special key to remove the lug nuts. I had not been given the key when I got the car.
8. My mother or I told EPM about the problem and they said they would look for it. In the meantime, we had the Focus towed to a tire repair shop not too far away. That repair shop didn't have a key either and said it would take days to get one if they ordered it.
9. My mother or I called EPM again and they told us they would come and get the Focus and tow it to their location, get the wheels off somehow and replace them with factory rims. It would be ready in 1-2 days. Since I needed a car to get to and from work, they offered a loaner.
10. When I went to pick up the Focus, the manager, Chris, approached me and said something like 'How would you like to drive a Mercedes instead? It would be an even trade. They would just swap the paper work with the lender and the monthly payment would remain the same.'
11. I test drove the Mercedes and loved it.
12. Chris told me they had just gotten the Mercedes as a trade-in and they hadn't had

time to clean it yet. EPM told my mother and I they were going to cancel the sale on the Focus and redo all the paperwork and transfer the loan to the Mercedes.

13. A few days later my mother and I went in to sign the papers for the Mercedes and the loan payment had gone up about $60/month. I felt I could still afford it and I really wanted the Mercedes.
14. EPM talked us into purchasing an extended warranty and we bought the Mercedes.
15. We immediately had mechanical problems with the Mercedes.
16. Within a few days, I brought the Mercedes back to EPM to be serviced and came home with a loaner.
17. After getting the Mercedes back, a few days later the emergency brake was not working properly so I brought it in again. We had more mechanical problems with the car and it flunked its Massachusetts inspection. The Mercedes was at EPM several times for a while and we eventually started asking if they could put me in another car with the same payments.
18. They said they could and they gave me an Acura and told me my mother and I would need to come back in a few days to sign the paperwork for it.
19. One week passed and we received no call. I called to see what was going on. "You're all set. You and your mom can come in and sign the papers." We made an appointment for 4:15 PM with Erin for the next day.
20. We drove up in the Acura. We figured we would sign the papers and then grab a bite to eat. As we sat there for 45 minutes waiting. Finally Erin called us in to her office. As we were sitting down she said, something like "Well, Chris and I really shopped this loan around but there's no way that we can get it approved for the same payment. It's going to cost you about $50 more/mo."

21. We had been led to believe everything was settled and we were just coming in to sign the papers. She said something like "Well, we're trying to bury $6,000 here and the banks just won't do it. But the other thing we can do is put you in a brand new 2006 Lancer. You'll get the rebate, etc. and that will make your payment less."

22. I told Erin that I didn't even like the Lancers so why would I want to pay $400+ to drive something that I hate.

23. At this point, Erin walked out to speak to Chris in the showroom. My mother followed her.

24. I then heard yelling and my Mom. I went out and asked Chris and Erin why they were yelling at my mother.

25. Chris and Erin left and we were stranded there. We couldn't take the Acura home and the Mercedes was still dead in EPM's garage.

26. About a half hour later my mother told them we would keep the loan as is if they would fix the Mercedes. They agreed to put a new battery in it. We went home with yet another loaner.

27. We got the Mercedes back and about a week later it had more mechanical problems.

28. EPM came and got the car one more time after this lawsuit began. They were going to fix it.

29. They kept it for a while then delivered it to our house when we were not home and dropped the keys in the mail slot and left. No phone call. No paper work.

30. When I started the car, the emergency brake wouldn't work, the interior lights and sunroof didn't work.

Nicholas Fitts

Subscribed and sworn before me, this 22ND day of July, by Nicholas Fitts, in Whitinsville MA.

Notary Public
My Commission Expires: 11-7-2014

**Certificate of Service**

I certify that on 7-23-08 I electronically filed these Affidavits with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Michael A. DeSisto, Esq. michael@desistolaw.com
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

/s/ John T. Longo

John T. Longo, Esq./#4928